EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Thomas J. Bryan Picó | 2024 TSPR 105<br><br>214 DPR ___ |

Número del Caso: TS-9,699


Fecha: 7 de octubre de 2024


Oficina de Inspección de Notarías:

     Lcdo. Manuel E. Ávila De Jesús
     Director


Representante Legal de la peticionaria:

     Por derecho propio


Materia: Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Thomas J. Bryan Picó                    TS-9,699

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de octubre de 2024.

Examinadas la *Solicitud de readmisión a la práctica legal,* la *Moción sometiendo certificación repaso reválida estatal* presentadas por el Sr. Thomas J. Bryan Picó, la *Moción informativa* presentada por el Director de la Oficina de Inspección de Notarías, Lcdo. Manuel E. Ávila De Jesús, así como la Certificación del Programa de Educación Jurídica Continua, se reinstala al Sr. Thomas J. Bryan Picó al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo